**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**DEC 16 2016**

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Angela** First Name **C** Middle Name **Loisi** Last Name _____ Suffix (Sr., Jr., II, III) | First Name Middle Name Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name Middle Name Last Name | First Name Middle Name Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 9 6 9 OR 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ OR 9xx – xx – ___ ___ ___ ___ |

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

_____ __ _ __ __ __ __ __ __
EIN

_____ __ _ __ __ __ __ __ __
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

_____ __ _ __ __ __ __ __ __
EIN

_____ __ _ __ __ __ __ __ __
EIN

**5.** Where you live

**1326 N. Burling St.**
_____
Number    Street

_____

_____

**Chicago**        **IL**    **60610**
_____
City        State    ZIP Code

**Cook**
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City        State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:    Tell the Court About Your Bankruptcy Case

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11.  Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☑ No.  Go to line 12.

  ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Angela**          **C**          **Loisi**                    Case number (if known) _____
　　　　　First Name      Middle Name      Last Name

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.
☑ Yes. Name and location of business

**MAC Transcripts, LTD**
Name of business, if any

**1326 N. Burling Street,**
Number    Street

**Chicago**                                    **IL**        **60610**
City                                             State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
　　　　　　　　　　Number    Street

_____
City                          State      ZIP Code

---

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Angela | C | Loisi | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Angela C Loisi_____        X _____
Angela C Loisi, Debtor 1                     Signature of Debtor 2

Executed on **10/01/2016**                    Executed on _____
       MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1  __**Angela**__    __**C**__    __**Loisi**__    Case number (if known) _____
          First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes.  Name of Person  **Daiva Indriuliene**

Attach  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*   (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _~Angela C Loisi~_                              X _____

Angela C Loisi, Debtor 1                           Signature of Debtor 2

Date  __**10/01/2016**__                           Date  _____
      MM / DD / YYYY                                     MM / DD / YYYY

Contact phone _____               Contact phone _____

Cell phone  __**(312) 404-6677**__                 Cell phone _____

Email address _____              Email address _____

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 8

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Angela | C | Loisi |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $273,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................... | $1,648.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $274,648.00 |

## Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $400,748.68 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F........................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F...................... + | $122,170.26 |
| | **Your total liabilities** | $522,918.94 |

## Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I....................................................... | $3,552.93 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................................. | $3,495.90 |

Debtor 1    **Angela**           **C**              **Loisi**                    Case number (if known) _____
            First Name        Middle Name         Last Name

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from
   Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                    | **$3,553.38** |

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $22,547.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $22,547.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela** | **C** | **Loisi** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**Primary Residence
Townhome
1326 N Burling St.,
Chicago IL 60610-5265**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **Primary Residence**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**
$273,000.00

**Current value of the
portion you own?**
$273,000.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Purchase Money**

☐ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here........................................➔  $273,000.00

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**3.1.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | HONDA | ☒ Debtor 1 only | |
| Model: | CR_V | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2014 | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 12,000 | ☐ At least one of the debtors and another | $0.00 | $0.00 |

Other information:

**2014 HONDA CR_V (approx. 12000 miles)**

☐ Check if this is community property (see instructions)

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................➔ | $0.00 |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe..... **General and ordinary household goods and furnishings** | $650.00 |

**7.** Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☒ No
☐ Yes. Describe.....

**8.** Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

**9.** Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

**10.** Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

**11.** Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe..... **Necessary wearing apparel** | $175.00 |

Debtor 1  **Angela**           **C**           **Loisi**                     Case number (if known) _____
           First Name      Middle Name      Last Name

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
   gold, silver

   ☐ No
   ☑ Yes. Describe.....  **Costume jewelry**                                          $90.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe.....                                                       _____

**14. Any other personal and household items you did not already list, including any health aids you
    did not list**

   ☑ No
   ☐ Yes. Give specific
        information............                                               _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here..............................................................** →   $915.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
   petition

   ☐ No
   ☑ Yes. ..............................................................  Cash: ........................   $65.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
   brokerage houses, and other similar institutions. If you have multiple accounts with the same
   institution, list each.

   ☐ No
   ☑ Yes.............................          Institution name:

   17.1.  Other financial account:  **CHASE, checking account No: 000000203295572**         $168.00

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ☑ Yes............................          Institution or issuer name:

                           **Stock in MAC Transcripts, Ltd**
                           **Non-liquid**                                              $500.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
    an interest in an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific
        information about
        them........................    Name of entity:                  % of ownership:

| Debtor 1 | Angela | C | Loisi | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
information about
them........................   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☒ No
☐ Yes. List each
account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................   Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes...........................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☒ No
☐ Yes. Give specific
information about them                                                              _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific
information about them                                                              _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
information about them                                                              _____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years......................

| | |
|---|---|
| Federal: | $0.00 |
| State: | $0.00 |
| Local: | $0.00 |

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes.  Give specific information

| | | |
|---|---|---|
| Alimony: | _____ | **$0.00** |
| Maintenance: | _____ | **$0.00** |
| Support: | _____ | **$0.00** |
| Divorce settlement: | _____ | **$0.00** |
| Property settlement: | _____ | **$0.00** |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes.  Name the insurance
company of each policy
and list its value.................  Company name:                     Beneficiary:                     Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No

☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes.  Describe each claim.........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☒ No

☐ Yes.  Describe each claim.........

_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes.  Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................................➔**   | **$733.00** |

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No.  Go to Part 6.

☐ Yes.  Go to line 38.

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|----------|------------|-------|-----------|------------------|
| | First Name | Middle Name | Last Name | |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

_____

41. **Inventory**

☑ No
☐ Yes.  Describe..

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes.  Describe.....

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................➡ | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

_____

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
information................

_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information................

_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here..................................................................... ➔ | **$0.00** |

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................. ➔ | **$0.00** |

---

## Part 8:   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.** Part 1: Total real estate, line 2.................................................... ➔ | | **$273,000.00** |
| **56.** Part 2: Total vehicles, line 5 | **$0.00** | |
| **57.** Part 3: Total personal and household items, line 15 | **$915.00** | |
| **58.** Part 4: Total financial assets, line 36 | **$733.00** | |
| **59.** Part 5: Total business-related property, line 45 | **$0.00** | |
| **60.** Part 6: Total farm- and fishing-related property, line 52 | **$0.00** | |
| **61.** Part 7: Total other property not listed, line 54 | + **$0.00** | |
| **62. Total personal property.** Add lines 56 through 61.......... | **$1,648.00** | Copy personal property total ➔ + **$1,648.00** |
| **63. Total of all property on Schedule A/B.** Add line 55 + line 62......................................... | | **$274,648.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela** | **C** | **Loisi** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
~~amended filing~~

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Primary Residence**<br>**Townhome**<br>**1326 N Burling St.,**<br>**Chicago IL 60610-5265**<br>Line from *Schedule A/B*: __1.1__ | __$273,000.00__ | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**2014 HONDA CR_V (approx. 12000 miles)**<br>Line from *Schedule A/B*: __3.1__ | __$0.00__ | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | | *Check only one box for each exemption* | |
| Brief description:<br>**General and ordinary household goods and furnishings**<br>Line from *Schedule A/B*: __6__ | $650.00 | ☑<br>☐ | $650.00<br>100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Necessary wearing apparel**<br>Line from *Schedule A/B*: __11__ | $175.00 | ☑<br>☐ | $175.00<br>100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Costume jewerly**<br>Line from *Schedule A/B*: __12__ | $90.00 | ☑<br>☐ | $90.00<br>100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**USD $65.00**<br>Line from *Schedule A/B*: __16__ | $65.00 | ☑<br>☐ | $65.00<br>100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**CHASE, checking account No: 000000203295572**<br>Line from *Schedule A/B*: __17.1__ | $168.00 | ☑<br>☐ | $168.00<br>100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Stock in MAC Transcripts, Ltd Non-liquid**<br>Line from *Schedule A/B*: __18__ | $500.00 | ☑<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Angela C Loisi**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 1. | Real property | $273,000.00 | $399,069.68 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $0.00 | $1,679.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $650.00 | $650.00 | $0.00 | $650.00 | $0.00 |
| 7. | Electronics | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $175.00 | $175.00 | $0.00 | $175.00 | $0.00 |
| 12. | Jewelry | $90.00 | $90.00 | $0.00 | $90.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $65.00 | $65.00 | $0.00 | $65.00 | $0.00 |
| 17. | Deposits of money | $168.00 | $168.00 | $0.00 | $168.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $500.00 | $500.00 | $0.00 | $500.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Angela C Loisi**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|---------------------|-------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$274,648.00** | **$402,396.68** | **$0.00** | **$1,648.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Angela C Loisi**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $274,648.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $274,648.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $402,396.68 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $402,396.68 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $0.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $0.00 |
| J. Total Exemptions Claimed | $1,648.00 |
| K. Total Non-Exempt Property Remaining  (G-J) | $0.00 |

**Fill in this information to identify your case:**

| Debtor 1 | Angela | C | Loisi |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Franklin Credit Management Co**
Creditor's name
**101 Hudson St., 25th Flr.**
Number    Street

Describe the property that secures the claim:

**Primary Residence**

$38,000.00    |    $273,000.00    |    $38,000.00

**Jersey City    NJ    07302**
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred    **09/2005**    Last 4 digits of account number    **8    0    3    0**

Add the dollar value of your entries in Column A on this page. Write that number here:

$38,000.00

Debtor 1   **Angela**          **C**          **Loisi**                              Case number (if known) _____
           First Name      Middle Name     Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---------|-----------------|----------|----------|----------|
| | After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.2**

HONDA Finance
Creditor's name
P.O. Box: 60001
Number    Street

_____

City Of Industry   CA   91716
City               State  ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred   05/2014

Describe the property that secures the claim:

Honda CR-V

|  | $1,679.00 | $0.00 | $1,679.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Auto Lease**

Last 4 digits of account number    9   8   1   1

**2.3**

Ocwen Loan Servicing, LLC
Creditor's name
PO Box 24738
Number    Street

_____

West Palm Beach FL   33416-4738
City               State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred   09/2005

Describe the property that secures the claim:

Primary Residence

|  | $361,069.68 | $273,000.00 | $88,069.68 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    3   1   8   1

Add the dollar value of your entries in Column A on this page. Write that number here:

$362,748.68

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$400,748.68

**Fill in this information to identify your case:**

| Debtor 1 | Angela | C | Loisi |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

<div style="background:black;color:white">**Part 2:**</div>   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with you other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.1**

| **ADT Security Services** | Last 4 digits of account number   **7  5  8  3** | $108.00 |
|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 672279**
Number      Street

When was the debt incurred?   **06/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX**   **75267-2279** |
|---|---|
| City | State   ZIP Code |

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Non-Purchase Money**

---

**4.2**

| **Allied Interstate, Inc** | Last 4 digits of account number   **8  3  5  5** | $206.45 |
|---|---|---|

Nonpriority Creditor's Name
**POB 4000**
Number      Street

When was the debt incurred?   **08/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Warrenton** | **VA**   **20188** |
|---|---|
| City | State   ZIP Code |

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Fifth Third Bank**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**AMERICA EXPRESS**
Nonpriority Creditor's Name
**P.O. BOX 7871**
Number        Street

_____

**Fort Lauderdale        FL    33329**
City                     State  ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **5  7  0  3**
**When was the debt incurred?**   02/2005

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**$3,861.00**

### 4.4

**American Financial CRE**
Nonpriority Creditor's Name
**9247 N Meridian St., Suite 2**
Number        Street

_____

**Indianapolis          IN    46260**
City                     State  ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **3  6  7  7**
**When was the debt incurred?**   01/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Medical**

**$37.00**

### 4.5

**Arnold Scott Harris, P.C.**
Nonpriority Creditor's Name
**222 Merchandise Mart Plaza, Suite 1932**
Number        Street

_____

**Chicago               IL    60654**
City                     State  ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **4  9  2  0**
**When was the debt incurred?**   06/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - City of Chicago**

**$122.00**

Debtor 1   **Angela**        **C**        **Loisi**                   Case number (if known) _____
          First Name        Middle Name   Last Name

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

| 4.6 | | $267.83 |

**Athletic & Therapeutic Inst**
Nonpriority Creditor's Name
**4947 Paysphere Circle**
Number        Street

_____

| **Chicago** | **IL** | **60674-4947** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **1**   **3**   **7**
**When was the debt incurred?**   11/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Medical**

| 4.7 | | $836.00 |

**BARCLAYS BANK DELAWARE**
Nonpriority Creditor's Name
**1007 Orange St., Suite 1541**
Number        Street

_____

| **WILMINGTON** | **DE** | **19801** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2**   **8**   **2**   **1**
**When was the debt incurred?**   09/2007

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Credit Card**

| 4.8 | | $5,348.69 |

**Blatt, Haseenmiller, Leibsker & Moore LL**
Nonpriority Creditor's Name
**10 South LaSalle St., Suite 2200**
Number        Street

_____

| **Chicago** | **IL** | **60603-1069** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **9**   **4**   **5**
**When was the debt incurred?**   02/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Collecting for - Capital One Bank**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**

**Calvary Portfolio Service, LLC**
Nonpriority Creditor's Name
**P.O. Box 27288**
Number      Street

_____

_____

**Tempe**                    **AZ**    **85285-7288**
City                          State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$755.02

**Last 4 digits of account number**   **2   9   6   3**
**When was the debt incurred?**   **05/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Capital One**

---

**4.10**

**Capital One**
Nonpriority Creditor's Name
**PO Box 85015**
Number      Street

_____

_____

**Richmond**                 **VA**    **23285-5075**
City                          State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,805.00

**Last 4 digits of account number**   **0   4   4   3**
**When was the debt incurred?**   **08/2002**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.11**

**Capital One Bank**
Nonpriority Creditor's Name
**PO. Box 5253**
Number      Street

_____

_____

**Carol Stream**             **IL**    **60197**
City                          State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

**Last 4 digits of account number**   **0   6   0   9**
**When was the debt incurred?**   **08/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

Debtor 1   **Angela**     **C**     **Loisi**         Case number (if known) _____
       First Name        Middle Name        Last Name

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

|  | **Total claim** |
|---|---|

### 4.12

|  | $317.00 |
|---|---|

**Capital One Bank**
Nonpriority Creditor's Name
**PO Box 85015**
Number    Street

_____

**Richmond**     **VA**    **23285**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   2   7   9

**When was the debt incurred?**   04/2003

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

### 4.13

|  | $1,800.00 |
|---|---|

**Capital One Bank**
Nonpriority Creditor's Name
**Kierland One**
Number    Street

_____

**Scottsdale**     **AZ**    **85254**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   0   0   4

**When was the debt incurred?**   03/2006

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

### 4.14

|  | $930.00 |
|---|---|

**Capital One Bank**
Nonpriority Creditor's Name
**PO. Box 5253**
Number    Street

_____

**Carol Stream**     **IL**    **60197**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   2   0   5   8

**When was the debt incurred?**   08/2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

Debtor 1   **Angela**          **C**          **Loisi**                          Case number (if known) _____
           First Name       Middle Name    Last Name

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.15**                                                                                    **$5,350.00**

**Capital One Bank**
Nonpriority Creditor's Name
**PO Box 85015**
Number     Street

_____

**Richmond**          **VA**    **23285**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8** **1** **5** **3**
**When was the debt incurred?**   **01/2002**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Credit Card**

**4.16**                                                                                    **$356.00**

**Capital One/Best Buy**
Nonpriority Creditor's Name
**PO Box 30253**
Number     Street
**Salt Lake City, UT 84130.0253**

_____
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3** **1** **0** **7**
**When was the debt incurred?**   **01/2009**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Credit Card**

**4.17**                                                                                    **$750.00**

**CB/Annty Lr**
Nonpriority Creditor's Name
**PO.Box 182273**
Number     Street

_____

**Columbus**          **OH**    **43218**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3** **0** **7** **2**
**When was the debt incurred?**   **09/2006**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Credit Card**

Debtor 1    **Angela**      **C**      **Loisi**      Case number (if known) _____
First Name      Middle Name      Last Name

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

                                                   **Total claim**

### 4.18

**CB/DRSSBRN**
Nonpriority Creditor's Name
**PO. Box 182273**
Number    Street

_____

**Columbus**      **OH**    **43218**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

Last 4 digits of account number   **5**   **2**   **0**   **2**
**When was the debt incurred?**   03/2013

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

### 4.19

**CB/VICSCRT**
Nonpriority Creditor's Name
**PO Box 182789**
Number    Street

_____

**Columbus**      **OH**    **43218**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$460.00

Last 4 digits of account number   **7**   **4**   **8**   **1**
**When was the debt incurred?**   02/2006

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

### 4.20

**Chase**
Nonpriority Creditor's Name
**201 N Walnut St.**
Number    Street

_____

**Wilmington**      **DE**    **19801**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,843.00

Last 4 digits of account number   **6**   **2**   **3**   **8**
**When was the debt incurred?**   10/2006

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Debtor 1  **Angela**            **C**              **Loisi**                          Case number (if known) _____
         First Name         Middle Name      Last Name

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.21**

| | | $300.00 |
|---|---|---|

**Chase - CC**
Nonpriority Creditor's Name
**225 Chastain Meadows Ct, NW**
Number      Street

_____

**Kennesaw**          **GA**   **30144**
City                 State  ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6**  **2**  **5**  **0**
**When was the debt incurred?**   08/1997
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.22**

| | | $541.00 |
|---|---|---|

**Chase/Circuitcity**
Nonpriority Creditor's Name
**225 Chastain Meadows Ct, NW**
Number      Street

_____

**Kennesaw**          **GA**   **30144**
City                 State  ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **x**  **x**  **x**  **x**
**When was the debt incurred?**   08/1997
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.23**

| | | $585.50 |
|---|---|---|

**Chicago Gastroenterology**
Nonpriority Creditor's Name
**Dr. Samuel Castillo**
Number      Street
**1431 N Western Ave., Suite 133**

_____

**Chicago**            **IL**   **60622**
City                 State  ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**  **6**  **3**  **3**
**When was the debt incurred?**   05/2014
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Non-Purchase Money**

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 9

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |
|---|---|---|

**4.24**

**Choice Recovery**
Nonpriority Creditor's Name
**1550 Old Henderson Rd St,**
Number        Street

**$183.00**

| | |
|---|---|
| **Columbus** | **OH** | **43220** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3   1   5   4**
**When was the debt incurred?**   **10/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collecting for - Medical**

---

**4.25**

**Citi**
Nonpriority Creditor's Name
**PO Box 6500 C/O Citi Corp**
Number        Street

**$1,972.00**

| | |
|---|---|
| **Sioux Falls** | **SD** | **57117** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **x   x   x   x**
**When was the debt incurred?**   **01/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

---

**4.26**

**CitiFLEX**
Nonpriority Creditor's Name
**PO Box 6241**
Number        Street

**$7,166.00**

| | |
|---|---|
| **Sioux Falls** | **SD** | **57117** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   7   9   4**
**When was the debt incurred?**   **08/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

Debtor 1    **Angela**              **C**              **Loisi**                                    Case number (if known) _____
First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

`Total claim`

| 4.27 |

**City of Chicago**                                          **$200.00**
Nonpriority Creditor's Name
**Department of Revenue**
Number        Street
**POB 88292**

**Last 4 digits of account number**    **4**  **9**  **2**  **0**

**When was the debt incurred?**    **04/2012**

---

**Chicago**              **IL**    **60680-1290**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Ticket**

---

| 4.28 |

**Credit Control, LLC**                                          **$7,166.43**
Nonpriority Creditor's Name
**P.O. Box 31179**
Number        Street

**Last 4 digits of account number**    **8**  **9**  **5**  **0**

**When was the debt incurred?**    **05/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**Tampa**              **FL**    **33631**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for - Citi Bank**

---

| 4.29 |

**Credit Protection Association, L.P.**                          **$150.00**
Nonpriority Creditor's Name
**13355 Noel Rd**
Number        Street

**Last 4 digits of account number**    **4**  **6**  **0**  **0**

**When was the debt incurred?**    **08/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**Dallas**              **TX**    **75240**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for -**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.30 | | |
|---|---|---|

**Diversified Consultants, Inc.**
Nonpriority Creditor's Name
**PO Box 551268**
Number     Street
**Jacksonville FL 32255.1268**

$237.16

City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   4   6   5

**When was the debt incurred?**   10/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Collecting for - AT & T**

| 4.31 | | |
|---|---|---|

**DSG Collect**
Nonpriority Creditor's Name
**P.O. BOX 80185**
Number     Street

$226.00

**Phoenix**          **AZ**    **85060**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   3   3   4

**When was the debt incurred?**   06/2009

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Collecting for - Medical**

| 4.32 | | |
|---|---|---|

**Dupage Credit Union**
Nonpriority Creditor's Name
**1515 Bond St.**
Number     Street

$4,000.00

**Naperville**          **IL**    **60563**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3   9   0   1

**When was the debt incurred?**   02/2005

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Credit Card**

Debtor 1  **Angela**          **C**          **Loisi**                    Case number (if known) _____
          First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

**4.33**

**Dynamic Recovery Solutions**                                          $755.02
Nonpriority Creditor's Name
**PO Box 25759**
Number   Street

_____

**Greenville**          **SC**   **29616-0759**
City                   State  ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3   1   1   2
**When was the debt incurred?**   02/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Capital One**

**4.34**

**Dynia & Associates, LLC**                                             $755.02
Nonpriority Creditor's Name
**1400 E. Touhy Ave., Suite G2**
Number   Street

_____

**Des Plaines**          **IL**   **60018**
City                   State  ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   5   5   4
**When was the debt incurred?**   10/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Capital One**

**4.35**

**EIS Collections**                                                     $7,166.43
Nonpriority Creditor's Name
**P.O. Box 1730**
Number   Street

_____

**Reynoldzburg**          **OH**   **43068-8730**
City                    State  ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3   4   0   6
**When was the debt incurred?**   07/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - CITI**

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.36**

**$7,166.43**

**FMS Inc.**
Nonpriority Creditor's Name
**PO Box 707601**
Number       Street

_____

_____

**Tulsa**               **OK**    **74170-7601**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6   3   6   7**

**When was the debt incurred?**    **12/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - CITI**

---

**4.37**

**$237.00**

**Franklin Collection Services**
Nonpriority Creditor's Name
**2978 W Jackson St.**
Number       Street

_____

_____

**Tupelo**               **MS**    **38801**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   0   1   3**

**When was the debt incurred?**    **09/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - AT & T**

---

**4.38**

**$7,166.43**

**Global Credit & Collection Corp**
Nonpriority Creditor's Name
**2699 Lee Rd.**
Number       Street

_____

_____

**Winter Park**          **FL**    **32789**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5   3   8   4**

**When was the debt incurred?**    **07/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Citi Bank**

---

Debtor 1    **Angela**              **C**              **Loisi**              Case number (if known) _____
          First Name         Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.39**

**Grant & Weber**                                    $75.00
Nonpriority Creditor's Name
**1515 E. Tropicana Ave Ste**
Number    Street

_____

**Last 4 digits of account number** __9__ __6__ __0__ __3__

**When was the debt incurred?** __02/2014__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**            **NV**    **89119**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - Medical**

**4.40**

**I.C. SYSTEM, INC.**                                    $127.10
Nonpriority Creditor's Name
**444 Highway 96 East,**
Number    Street
**P.O. Box 64378**

**Last 4 digits of account number** __3__ __3__ __0__ __4__

**When was the debt incurred?** __01/2015__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**ST. PAUL**            **MN**    **55164-0378**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - RCN Corporation**

**4.41**

**I.C.S., Collection Service**                                    $235.60
Nonpriority Creditor's Name
**PO Box 1010**
Number    Street

_____

**Last 4 digits of account number** __1__ __4__ __2__ __5__

**When was the debt incurred?** __05/2014__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tinley Park**            **IL**    **60477-9110**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - Medical**

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.42

**J.C. Christensen & Associates, Inc**
Nonpriority Creditor's Name
**P.O. Box 519**
Number        Street

_____

**Sauk Rapids        MN    56379**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  8  2  3  9**

**When was the debt incurred?   01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Capital One**

**$755.02**

### 4.43

**Labaratory Corporation of America**
Nonpriority Creditor's Name
**P.O. Box 2240**
Number        Street

_____

**Burlington        NC    27216-2240**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  0  4  6  3**

**When was the debt incurred?   05/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

**$2,216.80**

### 4.44

**Labaratory Corporation of America**
Nonpriority Creditor's Name
**P.O. Box 2240**
Number        Street

_____

**Burlington        NC    27216-2240**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  0  4  6  3**

**When was the debt incurred?   05/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

**$2,216.80**

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**

**Law Offices of Joel Cardis, LLC**
Nonpriority Creditor's Name
**2006 Sweede Rd., Suite 100**
Number       Street

**E. Norriton**        **PA**    **19401**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   5   6   5**
**When was the debt incurred?**   **06/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

**$457.70**

---

**4.46**

**Merchants' Credit Guide Co.**
Nonpriority Creditor's Name
**223 W Jackson St**
Number       Street

**Chicago**        **IL**    **60606**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   9   9   0**
**When was the debt incurred?**   **07/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Medical Payment Data**

**$50.00**

---

**4.47**

**Midwest Orthopaedic at RUSH, LLC**
Nonpriority Creditor's Name
**1Westbrook Corporate Center, Suite 240**
Number       Street

**Westchester**        **IL**    **60154**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7   0   2   5**
**When was the debt incurred?**   **02/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Non-Purchase Money**

**$50.00**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.48**

**Nationwide Credit, Inc.**
Nonpriority Creditor's Name
**P.O. Box 26314**
Number        Street

**Lehigh Vally**              **PA**    **18002**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8** **7** **3** **9**
**When was the debt incurred?**   **11/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Barclaycard US**

**$836.67**

---

**4.49**

**Navient**
Nonpriority Creditor's Name
**Department of Education and Loan Service**
Number        Street
**P.O. Box 9635**

**Wilkes-Barre**              **PA**    **18773-9635**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0** **0** **2** **1**
**When was the debt incurred?**   **11/2002**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other.  Specify

**$22,547.00**

---

**4.50**

**NCB Management Services Incorporated**
Nonpriority Creditor's Name
**PO Box 1099**
Number        Street

**Langhorne**              **PA**    **19047**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2** **0** **2** **4**
**When was the debt incurred?**   **06/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Capital One**

**$753.58**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right"><strong>Total claim</strong></div>

### 4.51

**Northland Group Inc.**
Nonpriority Creditor's Name
**PO Box 390846**
Number      Street
**Minneapolis, MN 55439**

**Mail Code CPT1**
_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   9   5   9   4
**When was the debt incurred?**   07/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for - Capital One Bank**

**$1,805.15**

### 4.52

**Phillips & Cohen Associates, LTD**
Nonpriority Creditor's Name
**Mailstop 661, 1002 Justison St.,**
Number      Street
**Wilmington, DE 19801.5148**
_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   5   4   4   5
**When was the debt incurred?**   03/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for - Barclays Bank Delaware**

**$836.67**

### 4.53

**Portfolio Recvry & Affil**
Nonpriority Creditor's Name
**120 Corporate Blvd, #1**
Number      Street
_____

**Norfolk            VA    23502**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   2   5   6   0
**When was the debt incurred?**   10/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for - Capital One Bank**

**$1,805.00**

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.54 | | $232.27 |
|---|---|---|

**Professional Debt Collectors**
Nonpriority Creditor's Name
**P.O. Box 90508**
Number      Street

**Sioux Falls            SD    57109-0508**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   4   8   1
**When was the debt incurred?**   06/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

| 4.55 | | $30.00 |
|---|---|---|

**Quest Diagnostics**
Nonpriority Creditor's Name
**PO Box 7306**
Number      Street

**Hollister            MO    65673-7306**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   8   5   1
**When was the debt incurred?**   08/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bills**

| 4.56 | | $281.48 |
|---|---|---|

**RCN**
Nonpriority Creditor's Name
**Bradley Place Business Center**
Number      Street
**2640 West Bradley Place,**

**Chicago            IL    60618**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   3   0   4
**When was the debt incurred?**   06/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Non-Purchase Money**

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.57**

**Resurrection Med Grp St Mary**
Nonpriority Creditor's Name
**P.O. Box 366**
Number       Street

**Hinsdale**            **IL     60522**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **4   1   7   8**
**When was the debt incurred?**   **11/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

**$30.80**

---

**4.58**

**Resurrection Med Grp St Mary**
Nonpriority Creditor's Name
**P.O. Box 366**
Number       Street

**Hinsdale**            **IL     60522**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **0   2   1   7**
**When was the debt incurred?**   **11/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

**$75.52**

---

**4.59**

**RMCB**
Nonpriority Creditor's Name
**4 Westchester Plaza,**
Number       Street
**Bldg. 4, F1**

**MsFord**              **NY   10523**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **7   8   3   5**
**When was the debt incurred?**   **04/28/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for - Rodale**

**$44.11**

---

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.60

**SKO Brenner American, Inc.**
Nonpriority Creditor's Name
**40 Daniel Street**
Number        Street
**PO Box 230**

**Frmngdale**            **NY**   **11735-0230**
City                                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**  **3**  **8**  **7**
**When was the debt incurred?**   **05/02/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - BeachBody**

$45.85

### 4.61

**Specified Credit Association, Inc**
Nonpriority Creditor's Name
**2388 Schuetz, Suite A-100,**
Number        Street
**St. Louis, MO 963146**

City                                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**  **8**  **9**  **1**
**When was the debt incurred?**   **08/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Club Ready, Inc**

$275.60

### 4.62

**SYNCB/AMAZ**
Nonpriority Creditor's Name
**P.O. Box 981432**
Number        Street

**El Paso**            **TX**   **79998**
City                                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**  **4**  **5**  **7**
**When was the debt incurred?**   **04/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$600.00

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.63

| | | |
|---|---|---|
| **SYNCB/CARE** | **Last 4 digits of account number** | 5  9  0  5 |
| Nonpriority Creditor's Name | | |
| **P.O. BOX 276 Mail Code Oh3-4258** | **When was the debt incurred?** | **11/2004** |
| Number       Street | | |

**$3,500.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dayton                    OH    45401**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.64

| | | |
|---|---|---|
| **SYNCB/CARE** | **Last 4 digits of account number** | 9  5  7  1 |
| Nonpriority Creditor's Name | | |
| **P.O. BOX 276** | **When was the debt incurred?** | **11/2007** |
| Number       Street | | |

**$3,500.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dayton                    OH    45401**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.65

| | | |
|---|---|---|
| **SYNCB/JCP** | **Last 4 digits of account number** | 8  5  4  2 |
| Nonpriority Creditor's Name | | |
| **PO BOX 965008** | **When was the debt incurred?** | **12/1996** |
| Number       Street | | |

**$182.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Orlando                    FL    32896-5060**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.66**                                                                                                        $182.00

**SYNCB/JCP**
Nonpriority Creditor's Name
**PO Box 981131**
Number      Street

_____

| **El Paso** | **TX** | **79998** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   x  x  x  x
**When was the debt incurred?**   12/1996

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.67**                                                                                                        $300.00

**SYNCB/TJX**
Nonpriority Creditor's Name
**4125 Windward Plaza**
Number      Street

_____

| **Alpharetta** | **GA** | **30005** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0  0  5  0
**When was the debt incurred?**   04/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.68**                                                                                                        $650.00

**THE NORTHWESTERN SPECIALISTS FOR W**
Nonpriority Creditor's Name
**P.O. BOX: 95145**
Number      Street

_____

| **PALATINE** | **IL** | **60095-5145** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3  5  7  8
**When was the debt incurred?**   06/15/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

### 4.69

**TransWorld Systems Inc**
Nonpriority Creditor's Name
**507 Prudential Rd.**
Number       Street

_____

**Horsham        PA     19044**
City        State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8   1   3   7
**When was the debt incurred?**   05/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Collecting for -ATI Physical Therapy**

**$267.83**

### 4.70

**Trustmark Recovery Services**
Nonpriority Creditor's Name
**541 Otis Bowen Drive**
Number       Street

_____

**Munster        IN     46321**
City        State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   8   0   0
**When was the debt incurred?**   01/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Collecting for - University Of Illinois**

**$1,168.00**

### 4.71

**VON MAUR**
Nonpriority Creditor's Name
**6565 Brady**
Number       Street

_____

**Davenport        IA     52806**
City        State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   4   1   4   7
**When was the debt incurred?**   05/2004

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Credit Card**

**$818.00**

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |

**4.72**

$20.00

**Weltzer-Maite PC DBA Pearle Express**
Nonpriority Creditor's Name
**5501 W 79TH ST Suite 400**
Number        Street

**Burbank**                    **IL**    **60459-2190**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6    4    9    4**
When was the debt incurred?    **10/2014**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

**4.73**

$1,272.30

**Wrigleyville Dental**
Nonpriority Creditor's Name
**Holistic Dentistry**
Number        Street
**3256 North Ashland Ave.,**

**Chicago**                    **IL**    **60657**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0    0    6    7**
When was the debt incurred?    **09/06/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical**

| Debtor 1 | **Angela**<br>First Name | **C**<br>Middle Name | **Loisi**<br>Last Name | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $22,547.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $99,623.26 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $122,170.26 |

Fill in this information to identify your case:

| Debtor 1 | Angela | C | Loisi |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **HONDA Finance** | **Auto lease with father** |
| | Name | **Contract to be ASSUMED** |
| | **P.O. Box: 60001** | |
| | Number    Street | |
| | | |
| | **City Of Industry**        **CA**    **91716** | |
| | City                              State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | Angela | C | Loisi |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

### Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela** | **C** | **Loisi** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                        12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | _____ | _____ |
| **Employer's name** | | _____ | _____ |
| **Employer's address** | | _____<br>Number  Street | _____<br>Number  Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | _____<br>City          State  Zip Code | _____<br>City          State  Zip Code |
| **How long employed there?** | | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  **$0.00** | _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | _____ |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4.  **$0.00** | _____ |

Debtor 1  **Angela**          **C**          **Loisi**                    Case number (if known) _____
          First Name       Middle Name     Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ...................................................... → 4.     $0.00     _____

5. **List all payroll deductions:**

| | | For Debtor 1 | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $0.00 | _____ |
| 5b. | Mandatory contributions for retirement plans | 5b. $0.00 | _____ |
| 5c. | Voluntary contributions for retirement plans | 5c. $0.00 | _____ |
| 5d. | Required repayments of retirement fund loans | 5d. $0.00 | _____ |
| 5e. | Insurance | 5e. $0.00 | _____ |
| 5f. | Domestic support obligations | 5f. $0.00 | _____ |
| 5g. | Union dues | 5g. $0.00 | _____ |
| 5h. | Other deductions.<br>Specify: _____ | 5h.+ $0.00 | _____ |

6. **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.   $0.00   _____

7. **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   $0.00   _____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**    8a.   $3,552.93   _____

     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**    8b.   $0.00   _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.   $0.00   _____

     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**    8d.   $0.00   _____

8e. **Social Security**    8e.   $0.00   _____

8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____    8f.   $0.00   _____

8g. **Pension or retirement income**    8g.   $0.00   _____

8h. **Other monthly income.**
     Specify: _____    8h.+   $0.00   _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.   $3,552.93   [_____]

10. **Calculate monthly income.** Add line 7 + line 9.
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $3,552.93   +   [_____]   =   $3,552.93

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.   $3,552.93

                                            **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   None.

☐ Yes. Explain:

Debtor 1  **Angela**                **C**                **Loisi**                          Case number (if known)  _____
           First Name              Middle Name          Last Name

8a.  Attached Statement (Debtor 1)

### Angela Loisi & MAC Transcripts, Inc

**Gross Monthly Income:**                                                            __$8,326.44__

| Expense | Category | Amount |
|---|---|---|
| Contract Labor | Operating Expence | $948.42 |
| Telecom & Internet | Operating Expence | $335.92 |
| Business Vehicle and Public Transportation and Tais | Operating Expence | $536.00 |
| Bank Fees | Operating Expence | $32.50 |
| Suscriptions, Memberships and office supplies and equipment | Operating Expence | $426.25 |
| Legal & Profesional Costs | Operating Expence | $133.00 |
| Advertising | Operating Expence | $244.00 |
| Office and Utilities | Operating Expence | $1,113.00 |
| Annual Corp Fee | Operating Expence | $11.11 |
| Travel | Operating Expence | $411.00 |
| Mandatory Court Attire and Maintanance | Operating Expence | $383.42 |
| IL Replacement Tax | Operating Expence | $23.22 |
| Meals and Entertainment | Operating Expence | $175.67 |

**Total Monthly Expenses**                                                          __$4,773.51__

**Net Monthly Income:**                                                             __$3,552.93__

**Fill in this information to identify your case:**

| Debtor 1 | Angela | C | Loisi |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**        ☑ No
   Do not list Debtor 1 and       ☐ Yes. Fill out this information
   Debtor 2.                            for each dependent................

   Do not state the dependents'
   names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**      ☑ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**          4. _____ **$1,214.61**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                           4a. _____

   4b. Property, homeowner's, or renter's insurance                4b. _____ **$86.08**

   4c. Home maintenance, repair, and upkeep expenses               4c. _____

   4d. Homeowner's association or condominium dues                 4d. _____

Debtor 1   __Angela_____   __C_____   __Loisi_____   Case number (if known) _____
              First Name        Middle Name   Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | _____ |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | **$360.00** |
| 6b. Water, sewer, garbage collection | 6b. | _____ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$175.00** |
| 6d. Other. Specify: _____ | 6d. | _____ |
| 7. Food and housekeeping supplies | 7. | **$450.00** |
| 8. Childcare and children's education costs | 8. | _____ |
| 9. Clothing, laundry, and dry cleaning | 9. | **$85.00** |
| 10. Personal care products and services | 10. | **$50.00** |
| 11. Medical and dental expenses | 11. | _____ |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$60.00** |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | _____ |
| 14. Charitable contributions and religious donations | 14. | _____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | **$33.99** |
| 15b. Health insurance | 15b. | **$405.04** |
| 15c. Vehicle insurance | 15c. | **$86.08** |
| 15d. Other insurance. Specify: **State Taxes** | 15d. | **$40.50** |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Federal Taxes** | 16. | **$169.75** |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | **$279.85** |
| 17b. Car payments for Vehicle 2 | 17b. | _____ |
| 17c. Other. Specify: _____ | 17c. | _____ |
| 17d. Other. Specify: _____ | 17d. | _____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | _____ |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. | _____ |

| Debtor 1 | Angela | C | Loisi | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**20.** Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** Other.  Specify: _____   21.  + _____

**22.** Calculate your monthly expenses.

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $3,495.90 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | $3,495.90 |

**23.** Calculate your monthly net income.

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $3,552.93 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – $3,495.90 |
| 23c. | Subtract your monthly expenses from your monthly income.  The result is your monthly net income. | 23c. | $57.03 |

**24.** Do you expect an increase or decrease in your expenses within the year after you file this form?

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| Debtor 1 | **Angela** | **C** | **Loisi** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.   Name of person   **Daiva Indriuliene** _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _~~Angela C Loisi~~_                          X _____
Angela C Loisi, Debtor 1                        Signature of Debtor 2

Date **10/01/2016**                             Date _____
    MM / DD / YYYY                                   MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Angela</u> First Name | <u>C</u> Middle Name | <u>Loisi</u> Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**NORTHERN DISTRICT OF ILLINOIS**</u>

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$31,980.42** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☑ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$21,692.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☑ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$26,954.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☑ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ocwen Loan Servicing, LLC** <br> Creditor's name <br> **PO Box 24738** <br> Number    Street <br><br> **West Palm Beach**    **FL**   **33416-4738** <br> City        State    ZIP Code | 10/01/2016 <br> 09/01/2016 <br> 08/01/2016 | **$3,643.83** | **$361,069.68** | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

---

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6:   List Certain Losses

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred USD | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Daiva Indriuliene** <br> Person Who Was Paid | | | |
| **15028 S. Cicero, Suite C** <br> Number   Street | | 09/25/2016 | $50.00 |
| _____ | | | |
| **Oak Forest** **IL** **60452** <br> City    State    ZIP Code | | _____ | _____ |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Angela** | **C** | **Loisi** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

**21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

**23.  Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | Angela | C | Loisi | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **MAC Transcripts, LTD** <br> Business Name | | Do not include Social Security number or ITIN. <br><br> EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **1326 N. Burling Street,** <br> Number Street | Name of accountant or bookkeeper | |
| _____ | | Dates business existed |
| **Chicago** **IL** **60610** <br> City State ZIP Code | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _~Angela C Loisi~_____     X _____
Angela C Loisi, Debtor 1                               Signature of Debtor 2

Date   **10/01/2016**                                    Date   _____


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☐ No
☑ Yes. Name of person   **Daiva Indriuliene** _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Angela** | **C** | **Loisi** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                 12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Franklin Credit Management Co** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **Primary Residence** | | |
| Creditor's name: **HONDA Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Lease that ends in May of 2017** | ☐ No<br>☐ Yes |
| Description of property securing debt: **Honda CR-V** | | |
| Creditor's name: **Ocwen Loan Servicing, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **Primary Residence** | | |

| Debtor 1 | **Angela** | **C** | **Loisi** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not
yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

Will this lease be assumed?

Lessor's name:      **HONDA Finance**
Description of leased   **Auto lease with father**
property:

☐ No
☑ Yes

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and
personal property that is subject to an unexpired lease.

X _____
Angela C Loisi, Debtor 1

X _____
Signature of Debtor 2

Date **10/01/2016**
MM / DD / YYYY

Date _____
MM / DD / YYYY

## CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Statement of Intention for Individuals Filing
Under Chapter 7 was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United
States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date **10/1/2016** _____

_____
Daiva Indriuliene

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts.  Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*-- deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together--called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Angela C Loisi**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/1/2016 _____       Signature ___*Angela C Loisi*_____
                                                        *Angela C Loisi*


Date _____       Signature _____

ADT Security Services
P.O. Box 672279
Dallas, TX 75267-2279


Allied Interstate, Inc
POB 4000
Warrenton VA 20188


AMERICA EXPRESS
P.O. BOX 7871
Fort Lauderdale, FL 33329


American Financial CRE
9247 N Meridian St., Suite 2
Indianapolis, IN 46260


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Suite 1932
Chicago, IL 60654


Athletic & Therapeutic Inst
4947 Paysphere Circle
Chicago, IL 60674-4947


BARCLAYS BANK DELAWARE
1007 Orange St., Suite 1541
WILMINGTON, DE 19801


Blatt, Haseenmiller, Leibsker & Moore LL
10 South LaSalle St., Suite 2200
Chicago, IL 60603-1069


Calvary Portfolio Service, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Capital One
PO Box 85015
Richmond, VA 23285-5075


Capital One Bank
PO. Box 5253
Carol Stream, IL 60197


Capital One Bank
PO Box 85015
Richmond, VA 23285


Capital One Bank
Kierland One
Scottsdale, AZ 85254


Capital One/Best Buy
PO Box 30253
Salt Lake City, UT 84130.0253


CB/Annty Lr
PO.Box 182273
Columbus, OH 43218


CB/DRSSBRN
PO. Box 182273
Columbus, OH 43218


CB/VICSCRT
PO Box 182789
Columbus, OH 43218


Chase
201 N Walnut St.
Wilmington, DE 19801

Chase - CC
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144


Chase/Circuitcity
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144


Chicago Gastroenterology
Dr. Samuel Castillo
1431 N Western Ave., Suite 133
Chicago, IL 60622


Choice Recovery
1550 Old Henderson Rd St,
Columbus, OH 43220


Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117


CitiFLEX
PO Box 6241
Sioux Falls, SD 57117


City of Chicago
Department of Revenue
POB 88292
Chicago IL 60680-1290


Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631


Credit Protection Association, L.P.
13355 Noel Rd
Dallas, TX 75240

Diversified Consultants, Inc.
PO Box 551268
Jacksonville FL 32255.1268


DSG Collect
P.O. BOX 80185
Phoenix, AZ 85060


Dupage Credit Union
1515 Bond St.
Naperville, IL 60563


Dynamic Recovery Solutions
PO Box 25759
Greenville SC 29616-0759


Dynia & Associates, LLC
1400 E. Touhy Ave., Suite G2
Des Plaines, IL 60018


EIS Collections
P.O. Box 1730
Reynoldzburg, OH 43068-8730


FMS Inc.
PO Box 707601
Tulsa, OK 74170-7601


Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801


Franklin Credit Management Co
101 Hudson St., 25th Flr.
Jersey City, NJ 07302

Global Credit & Collection Corp
2699 Lee Rd.
Winter Park, FL 32789


Grant & Weber
1515 E. Tropicana Ave Ste
Las Vegas, NV 89119


HONDA Finance
P.O. Box: 60001
City Of Industry, CA 91716


I.C. SYSTEM, INC.
444 Highway 96 East,
P.O. Box 64378
ST. PAUL, MN 55164-0378


I.C.S., Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


J.C. Christensen & Associates, Inc
P.O. Box 519
Sauk Rapids, MN 56379


Labarotary Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240


Law Offices of Joel Cardis, LLC
2006 Sweede Rd., Suite 100
E. Norriton, PA 19401


Merchants' Credit Guide Co.
223 W Jackson St
Chicago, IL 60606

Midwest Orthopaedic at RUSH, LLC
1Westbrook Corporate Center, Suite 240
Westchester, IL 60154


Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Vally PA 18002


Navient
Department of Education and Loan Service
P.O. Box 9635
Wilkes-Barre, PA 18773-9635


NCB Management Services Incorporated
PO Box 1099
Langhorne, PA 19047


Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439
Mail Code CPT1


Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738


Phillips & Cohen Associates, LTD
Mailstop 661, 1002 Justison St.,
Wilmington, DE 19801.5148


Portfolio Recvry & Affil
120 Corporate Blvd, #1
Norfolk, VA 23502


Professional Debt Collectors
P.O. Box 90508
Sioux Falls, SD 57109-0508

Quest Diagnostics
PO Box 7306
Holiister, MO 65673-7306

RCN
Bradley Place Business Center
2640 West Bradley Place,
Chicago, IL 60618

Resurrection Med Grp St Mary
P.O. Box 366
Hinsdale, IL 60522

RMCB
4 Westchester Plaza,
Bldg. 4, Fl
MsFord, NY 10523

SKO Brenner American, Inc.
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230

Specified Credit Association, Inc
2388 Schuetz, Suite A-100,
St. Louis, MO 963146

SYNCB/AMAZ
PO. Box 981432
El Paso, TX 79998

SYNCB/CARE
P.O. BOX 276 Mail Code Oh3-4258
Dayton, OH 45401

SYNCB/CARE
P.O. BOX 276
Dayton, OH 45401

SYNCB/JCP
PO BOX 965008
Orlando, FL 32896-5060


SYNCB/JCP
PO Box 981131
El Paso, TX 79998


SYNCB/TJX
4125 Windward Plaza
Alpharetta, GA 30005


THE NORTHWESTERN SPECIALISTS FOR WOMEN,
P.O. BOX: 95145
PALATINE, IL 60095-5145


TransWorld Systems Inc
507 Prudential Rd.
Horsham, PA  19044


Trustmark Recovery Services
541 Otis Bowen Drive
Munster IN 46321


VON MAUR
6565 Brady
Davenport, IA 52806


Weltzer-Maite PC DBA Pearle Express
5501 W 79TH ST Suite 400
Burbank, IL 60459-2190


Wrigleyville Dental
Holistic Dentistry
3256 North Ashland Ave.,
Chicago, IL 60657

ADT Security Services
P.O. Box 672279
Dallas, TX 75267-2279

Capital One Bank
PO. Box 5253
Carol Stream, IL 60197

Chicago Gastroenterology
Dr. Samuel Castillo
1431 N Western Ave., Suite 13
Chicago, IL 60622


Allied Interstate, Inc
POB 4000
Warrenton VA 20188

Capital One Bank
PO Box 85015
Richmond, VA 23285

Choice Recovery
1550 Old Henderson Rd St,
Columbus, OH 43220


AMERICA EXPRESS
P.O. BOX 7871
Fort Lauderdale, FL 33329

Capital One Bank
Kierland One
Scottsdale, AZ 85254

Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117


American Financial CRE
9247 N Meridian St., Suite 2
Indianapolis, IN 46260

Capital One/Best Buy
PO Box 30253
Salt Lake City, UT 84130.0253

CitiFLEX
PO Box 6241
Sioux Falls, SD 57117


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Sui
Chicago, IL 60654

CB/Annty Lr
PO.Box 182273
Columbus, OH 43218

City of Chicago
Department of Revenue
POB 88292
Chicago IL 60680-1290


Athletic & Therapeutic Inst
4947 Paysphere Circle
Chicago, IL 60674-4947

CB/DRSSBRN
PO. Box 182273
Columbus, OH 43218

Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631


BARCLAYS BANK DELAWARE
1007 Orange St., Suite 1541
WILMINGTON, DE 19801

CB/VICSCRT
PO Box 182789
Columbus, OH 43218

Credit Protection Association
13355 Noel Rd
Dallas, TX 75240


Blatt, Haseenmiller, Leibsker &
10 South LaSalle St., Suite 220
Chicago, IL 60603-1069

Chase
201 N Walnut St.
Wilmington, DE 19801

Diversified Consultants, Inc.
PO Box 551268
Jacksonville FL 32255.1268


Calvary Portfolio Service, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Chase - CC
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

DSG Collect
P.O. BOX 80185
Phoenix, AZ 85060


Capital One
PO Box 85015
Richmond, VA 23285-5075

Chase/Circuitcity
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

Dupage Credit Union
1515 Bond St.
Naperville, IL 60563

Dynamic Recovery Solutions
PO Box 25759
Greenville SC 29616-0759

I.C.S., Collection Service
PO Box 1010
Tinley Park, IL 60477-9110

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-473

Dynia & Associates, LLC
1400 E. Touhy Ave., Suite G2
Des Plaines, IL 60018

J.C. Christensen & Associates,
P.O. Box 519
Sauk Rapids, MN 56379

Phillips & Cohen Associates,
Mailstop 661, 1002 Justison S
Wilmington, DE 19801.5148

EIS Collections
P.O. Box 1730
Reynoldzburg, OH 43068-8730

Labarotary Corporation of Ameri
P.O. Box 2240
Burlington, NC 27216-2240

Portfolio Recvry & Affil
120 Corporate Blvd, #1
Norfolk, VA 23502

FMS Inc.
PO Box 707601
Tulsa, OK 74170-7601

Law Offices of Joel Cardis, LLC
2006 Sweede Rd., Suite 100
E. Norriton, PA 19401

Professional Debt Collectors
P.O. Box 90508
Sioux Falls, SD 57109-0508

Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801

Merchants' Credit Guide Co.
223 W Jackson St
Chicago, IL 60606

Quest Diagnostics
PO Box 7306
Holiister, MO 65673-7306

Franklin Credit Management Co
101 Hudson St., 25th Flr.
Jersey City, NJ 07302

Midwest Orthopaedic at RUSH, LL
1Westbrook Corporate Center, Su
Westchester, IL 60154

RCN
Bradley Place Business Center
2640 West Bradley Place,
Chicago, IL 60618

Global Credit & Collection Corp
2699 Lee Rd.
Winter Park, FL 32789

Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Vally PA 18002

Resurrection Med Grp St Mary
P.O. Box 366
Hinsdale, IL 60522

Grant & Weber
1515 E. Tropicana Ave Ste
Las Vegas, NV 89119

Navient
Department of Education and Loa
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

RMCB
4 Westchester Plaza,
Bldg. 4, Fl
MsFord, NY 10523

HONDA Finance
P.O. Box: 60001
City Of Industry, CA 91716

NCB Management Services Incorpo
PO Box 1099
Langhorne, PA 19047

SKO Brenner American, Inc.
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230

I.C. SYSTEM, INC.
444 Highway 96 East,
P.O. Box 64378
ST. PAUL, MN 55164-0378

Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439
Mail Code CPT1

Specified Credit Association,
2388 Schuetz, Suite A-100,
St. Louis, MO 963146

SYNCB/AMAZ
PO. Box 981432
El Paso, TX 79998

Weltzer-Maite PC DBA Pearle Exp
5501 W 79TH ST Suite 400
Burbank, IL 60459-2190


SYNCB/CARE
P.O. BOX 276 Mail Code Oh3-4258
Dayton, OH 45401

Wrigleyville Dental
Holistic Dentistry
3256 North Ashland Ave.,
Chicago, IL 60657


SYNCB/CARE
P.O. BOX 276
Dayton, OH 45401


SYNCB/JCP
PO BOX 965008
Orlando, FL 32896-5060


SYNCB/JCP
PO Box 981131
El Paso, TX 79998


SYNCB/TJX
4125 Windward Plaza
Alpharetta, GA 30005


THE NORTHWESTERN SPECIALISTS FO
P.O. BOX: 95145
PALATINE, IL 60095-5145


TransWorld Systems Inc
507 Prudential Rd.
Horsham, PA  19044


Trustmark Recovery Services
541 Otis Bowen Drive
Munster IN 46321


VON MAUR
6565 Brady
Davenport, IA 52806

ADT Security Services
P.O. Box 672279
Dallas, TX 75267-2279

Capital One Bank
PO. Box 5253
Carol Stream, IL 60197

Chicago Gastroenterology
Dr. Samuel Castillo
1431 N Western Ave., Suite 13
Chicago, IL 60622

Allied Interstate, Inc
POB 4000
Warrenton VA 20188

Capital One Bank
PO Box 85015
Richmond, VA 23285

Choice Recovery
1550 Old Henderson Rd St,
Columbus, OH 43220

AMERICA EXPRESS
P.O. BOX 7871
Fort Lauderdale, FL 33329

Capital One Bank
Kierland One
Scottsdale, AZ 85254

Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

American Financial CRE
9247 N Meridian St., Suite 2
Indianapolis, IN 46260

Capital One/Best Buy
PO Box 30253
Salt Lake City, UT 84130.0253

CitiFLEX
PO Box 6241
Sioux Falls, SD 57117

Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza,
Suite 1932
Chicago, IL 60654

CB/Annty Lr
PO.Box 182273
Columbus, OH 43218

City of Chicago
Department of Revenue
POB 88292
Chicago IL 60680-1290

Athletic & Therapeutic Inst
4947 Paysphere Circle
Chicago, IL 60674-4947

CB/DRSSBRN
PO. Box 182273
Columbus, OH 43218

Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631

BARCLAYS BANK DELAWARE
1007 Orange St., Suite 1541
WILMINGTON, DE 19801

CB/VICSCRT
PO Box 182789
Columbus, OH 43218

Credit Protection Association
L.P.
13355 Noel Rd
Dallas, TX 75240

Blatt, Haseenmiller, Leibsker
& Moore LL
10 South LaSalle St., Suite
2200
Chicago, IL 60603-1069

Chase
201 N Walnut St.
Wilmington, DE 19801

Diversified Consultants, Inc.
PO Box 551268
Jacksonville FL 32255.1268

Calvary Portfolio Service, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Chase - CC
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

DSG Collect
P.O. BOX 80185
Phoenix, AZ 85060

Capital One
PO Box 85015
Richmond, VA 23285-5075

Chase/Circuitcity
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

Dupage Credit Union
1515 Bond St.
Naperville, IL 60563

Dynamic Recovery Solutions
PO Box 25759
Greenville SC 29616-0759

I.C.S., Collection Service
PO Box 1010
Tinley Park, IL 60477-9110

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-473

Dynia & Associates, LLC
1400 E. Touhy Ave., Suite G2
Des Plaines, IL 60018

J.C. Christensen & Associates,
Inc
P.O. Box 519
Sauk Rapids, MN 56379

Phillips & Cohen Associates,
LTD
Mailstop 661, 1002 Justison
St.,
Wilmington, DE 19801.5148

EIS Collections
P.O. Box 1730
Reynoldzburg, OH 43068-8730

Labarotary Corporation of
America
P.O. Box 2240
Burlington, NC 27216-2240

Portfolio Recvry & Affil
120 Corporate Blvd, #1
Norfolk, VA 23502

FMS Inc.
PO Box 707601
Tulsa, OK 74170-7601

Law Offices of Joel Cardis,
LLC
2006 Sweede Rd., Suite 100
E. Norriton, PA 19401

Professional Debt Collectors
P.O. Box 90508
Sioux Falls, SD 57109-0508

Franklin Collection Services
2978 W Jackson St.
Tupelo MS 38801

Merchants' Credit Guide Co.
223 W Jackson St
Chicago, IL 60606

Quest Diagnostics
PO Box 7306
Holiister, MO 65673-7306

Franklin Credit Management Co
101 Hudson St., 25th Flr.
Jersey City, NJ 07302

Midwest Orthopaedic at RUSH,
LLC
1Westbrook Corporate Center,
Suite 240
Westchester, IL 60154

RCN
Bradley Place Business Center
2640 West Bradley Place,
Chicago, IL 60618

Global Credit & Collection
Corp
2699 Lee Rd.
Winter Park, FL 32789

Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Vally PA 18002

Resurrection Med Grp St Mary
P.O. Box 366
Hinsdale, IL 60522

Grant & Weber
1515 E. Tropicana Ave Ste
Las Vegas, NV 89119

Navient
Department of Education and
Loan Service
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

RMCB
4 Westchester Plaza,
Bldg. 4, Fl
MsFord, NY 10523

HONDA Finance
P.O. Box: 60001
City Of Industry, CA 91716

NCB Management Services
Incorporated
PO Box 1099
Langhorne, PA 19047

SKO Brenner American, Inc.
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230

I.C. SYSTEM, INC.
444 Highway 96 East,
P.O. Box 64378
ST. PAUL, MN 55164-0378

Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439
Mail Code CPT1

Specified Credit Association,
Inc
2388 Schuetz, Suite A-100,
St. Louis, MO 963146

SYNCB/AMAZ
PO. Box 981432
El Paso, TX 79998

Weltzer-Maite PC DBA Pearle
Express
5501 W 79TH ST Suite 400
Burbank, IL 60459-2190

SYNCB/CARE
P.O. BOX 276 Mail Code Oh3-4258
Dayton, OH 45401

Wrigleyville Dental
Holistic Dentistry
3256 North Ashland Ave.,
Chicago, IL 60657

SYNCB/CARE
P.O. BOX 276
Dayton, OH 45401

SYNCB/JCP
PO BOX 965008
Orlando, FL 32896-5060

SYNCB/JCP
PO Box 981131
El Paso, TX 79998

SYNCB/TJX
4125 Windward Plaza
Alpharetta, GA 30005

THE NORTHWESTERN SPECIALISTS
FOR WOMEN,
P.O. BOX: 95145
PALATINE, IL 60095-5145

TransWorld Systems Inc
507 Prudential Rd.
Horsham, PA  19044

Trustmark Recovery Services
541 Otis Bowen Drive
Munster IN 46321

VON MAUR
6565 Brady
Davenport, IA 52806

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                          Case No.:
**Angela C Loisi**                              SSN:  __xxx-xx-6969__
_____                 SSN:  _____
_____
Debtor(s)                                       ## Numbered Listing of Creditors
Address:
**1326 N. Burling St.**                         Chapter:    **7**
**Chicago, IL 60610**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | ADT Security Services<br>P.O. Box 672279<br>Dallas, TX 75267-2279<br>112217583 | Unsecured Claim | $108.00 |
| 2. | Allied Interstate, Inc<br>POB 4000<br>Warrenton VA 20188<br>551061848355 | Unsecured Claim | $206.45 |
| 3. | AMERICA EXPRESS<br>P.O. BOX 7871<br>Fort Lauderdale, FL 33329<br>3499911487185703 | Unsecured Claim | $3,861.00 |
| 4. | American Financial CRE<br>9247 N Meridian St., Suite 2<br>Indianapolis, IN 46260<br>A100SME1004673677 | Unsecured Claim | $37.00 |
| 5. | Arnold Scott Harris, P.C.<br>222 Merchandise Mart Plaza, Suite 1932<br>Chicago, IL 60654<br>5115024920 | Unsecured Claim | $122.00 |
| 6. | Athletic & Therapeutic Inst<br>4947 Paysphere Circle<br>Chicago, IL 60674-4947<br>868137 | Unsecured Claim | $267.83 |

in re:   **Angela C Loisi**
_____

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   BARCLAYS BANK DELAWARE<br>1007 Orange St., Suite 1541<br>WILMINGTON, DE 19801<br>514021802821 | Unsecured Claim | $836.00 |
| 8.   Blatt, Haseenmiller, Leibsker & Moore LL<br>10 South LaSalle St., Suite 2200<br>Chicago, IL 60603-1069<br>2678945 | Unsecured Claim | $5,348.69 |
| 9.   Calvary Portfolio Service, LLC<br>P.O. Box 27288<br>Tempe, AZ 85285-7288<br>18492963 | Unsecured Claim | $755.02 |
| 10.   Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075<br>479124910443 | Unsecured Claim | $1,805.00 |
| 11.   Capital One Bank<br>PO. Box 5253<br>Carol Stream, IL 60197<br>5491-1000-2160-0609 | Unsecured Claim | $300.00 |
| 12.   Capital One Bank<br>PO Box 85015<br>Richmond, VA 23285<br>517805230279 | Unsecured Claim | $317.00 |
| 13.   Capital One Bank<br>Kierland One<br>Scottsdale, AZ 85254<br>601138100004 | Unsecured Claim | $1,800.00 |
| 14.   Capital One Bank<br>PO. Box 5253<br>Carol Stream, IL 60197<br>549110002058 | Unsecured Claim | $930.00 |
| 15.   Capital One Bank<br>PO Box 85015<br>Richmond, VA 23285<br>438864708153 | Unsecured Claim | $5,350.00 |

in re:    **Angela C Loisi**

_____

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.   Capital One/Best Buy<br>PO Box 30253<br>Salt Lake City, UT 84130.0253<br>169602-2164853107 | Unsecured Claim | $356.00 |
| 17.   CB/Annty Lr<br>PO.Box 182273<br>Columbus, OH 43218<br>585637303072 | Unsecured Claim | $750.00 |
| 18.   CB/DRSSBRN<br>PO. Box 182273<br>Columbus, OH 43218<br>585637245202 | Unsecured Claim | $500.00 |
| 19.   CB/VICSCRT<br>PO Box 182789<br>Columbus, OH 43218<br>864787481 | Unsecured Claim | $460.00 |
| 20.   Chase<br>201 N Walnut St.<br>Wilmington, DE 19801<br>426684116238 | Unsecured Claim | $3,843.00 |
| 21.   Chase - CC<br>225 Chastain Meadows Ct, NW<br>Kennesaw, GA 30144<br>1727204060176250 | Unsecured Claim | $300.00 |
| 22.   Chase/Circuitcity<br>225 Chastain Meadows Ct, NW<br>Kennesaw, GA 30144<br>xxxx | Unsecured Claim | $541.00 |
| 23.   Chicago Gastroenterology<br>Dr. Samuel Castillo<br>1431 N Western Ave., Suite 133<br>Chicago, IL 60622<br>CA585633 | Unsecured Claim | $585.50 |
| 24.   Choice Recovery<br>1550 Old Henderson Rd St,<br>Columbus, OH 43220<br>17923154 | Unsecured Claim | $183.00 |

in re:   **Angela C Loisi**

_____

Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.    Citi<br>PO Box 6500 C/O Citi Corp<br>Sioux Falls, SD 57117<br>xxxx | Unsecured Claim | $1,972.00 |
| 26.    CitiFLEX<br>PO Box 6241<br>Sioux Falls, SD 57117<br>7510790031292794 | Unsecured Claim | $7,166.00 |
| 27.    City of Chicago<br>Department of Revenue<br>POB 88292<br>Chicago IL 60680-1290<br>5115024920 | Unsecured Claim | $200.00 |
| 28.    Credit Control, LLC<br>P.O. Box 31179<br>Tampa, FL 33631<br>5128950 | Unsecured Claim | $7,166.43 |
| 29.    Credit Protection Association, L.P.<br>13355 Noel Rd<br>Dallas, TX 75240<br>12-075059-1332153046-00 | Unsecured Claim | $150.00 |
| 30.    Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville FL 32255.1268<br>43767465 | Unsecured Claim | $237.16 |
| 31.    DSG Collect<br>P.O. BOX 80185<br>Phoenix, AZ 85060<br>46334 | Unsecured Claim | $226.00 |
| 32.    Dupage Credit Union<br>1515 Bond St.<br>Naperville, IL 60563<br>771183901 | Unsecured Claim | $4,000.00 |
| 33.    Dynamic Recovery Solutions<br>PO Box 25759<br>Greenville SC 29616-0759<br>048023112 | Unsecured Claim | $755.02 |

in re:   **Angela C Loisi**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | | Category of claim | Amount of claim |
| 34. Dynia & Associates, LLC<br>1400 E. Touhy Ave., Suite G2<br>Des Plaines, IL 60018<br>2065554 | | Unsecured Claim | $755.02 |
| 35. EIS Collections<br>P.O. Box 1730<br>Reynoldzburg, OH 43068-8730<br>1000083406 | | Unsecured Claim | $7,166.43 |
| 36. FMS Inc.<br>PO Box 707601<br>Tulsa, OK 74170-7601<br>33386367 | | Unsecured Claim | $7,166.43 |
| 37. Franklin Collection Services<br>2978 W Jackson St.<br>Tupelo MS 38801<br>1028660013 | | Unsecured Claim | $237.00 |
| 38. Franklin Credit Management Co<br>101 Hudson St., 25th Flr.<br>Jersey City, NJ 07302<br>1978030 | | Secured Claim | $38,000.00 |
| 39. Global Credit & Collection Corp<br>2699 Lee Rd.<br>Winter Park, FL 32789<br>30275384 | | Unsecured Claim | $7,166.43 |
| 40. Grant & Weber<br>1515 E. Tropicana Ave Ste<br>Las Vegas, NV 89119<br>050339603 | | Unsecured Claim | $75.00 |
| 41. HONDA Finance<br>P.O. Box: 60001<br>City Of Industry, CA 91716<br>181529811 | | Secured Claim | $1,679.00 |
| 42. I.C. SYSTEM, INC.<br>444 Highway 96 East,<br>P.O. Box 64378<br>ST. PAUL, MN 55164-0378<br>014-0676933-04 | | Unsecured Claim | $127.10 |

in re:  **Angela C Loisi**

_____

Debtor                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.  I.C.S., Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477-9110<br>15801425 | Unsecured Claim | $235.60 |
| 44.  J.C. Christensen & Associates, Inc<br>P.O. Box 519<br>Sauk Rapids, MN 56379<br>17648239 | Unsecured Claim | $755.02 |
| 45.  Labarotary Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240<br>12220463 | Unsecured Claim | $2,216.80 |
| 46.  Labarotary Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240<br>12220463 | Unsecured Claim | $2,216.80 |
| 47.  Law Offices of Joel Cardis, LLC<br>2006 Sweede Rd., Suite 100<br>E. Norriton, PA 19401<br>3644565 | Unsecured Claim | $457.70 |
| 48.  Merchants' Credit Guide Co.<br>223 W Jackson St<br>Chicago, IL 60606<br>8152085990 | Unsecured Claim | $50.00 |
| 49.  Midwest Orthopaedic at RUSH, LLC<br>1Westbrook Corporate Center, Suite 240<br>Westchester, IL 60154<br>297025 | Unsecured Claim | $50.00 |
| 50.  Nationwide Credit, Inc.<br>P.O. Box 26314<br>Lehigh Vally PA 18002<br>11245118739 | Unsecured Claim | $836.67 |
| 51.  Navient<br>Department of Education and Loan Service<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635<br>99652192011000220021 | Unsecured Claim | $22,547.00 |

in re:   **Angela C Loisi**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | Debtor | | Case No. (if known) |
| 52. | NCB Management Services Incorporated<br>PO Box 1099<br>Langhorne, PA 19047<br>1004252024 | Unsecured Claim | $753.58 |
| 53. | Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN 55439<br>Mail Code CPT1<br>F76699594 | Unsecured Claim | $1,805.15 |
| 54. | Ocwen Loan Servicing, LLC<br>PO Box 24738<br>West Palm Beach, FL 33416-4738<br>7090013181 | Secured Claim | $361,069.68 |
| 55. | Phillips & Cohen Associates, LTD<br>Mailstop 661, 1002 Justison St.,<br>Wilmington, DE 19801.5148<br>20125445 | Unsecured Claim | $836.67 |
| 56. | Portfolio Recvry & Affil<br>120 Corporate Blvd, #1<br>Norfolk, VA 23502<br>4791-2491-0443-2560 | Unsecured Claim | $1,805.00 |
| 57. | Professional Debt Collectors<br>P.O. Box 90508<br>Sioux Falls, SD 57109-0508<br>2233481 | Unsecured Claim | $232.27 |
| 58. | Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306<br>7786870851 | Unsecured Claim | $30.00 |
| 59. | RCN<br>Bradley Place Business Center<br>2640 West Bradley Place,<br>Chicago, IL 60618<br>1001-0676933-04 | Unsecured Claim | $281.48 |
| 60. | Resurrection Med Grp St Mary<br>P.O. Box 366<br>Hinsdale, IL 60522<br>003 144178 | Unsecured Claim | $30.80 |

in re:  **Angela C Loisi**

_____
Debtor

Case No. (if known)
_____

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. Resurrection Med Grp St Mary<br>P.O. Box 366<br>Hinsdale, IL 60522<br>E1223200217 | Unsecured Claim | $75.52 |
| 62. RMCB<br>4 Westchester Plaza,<br>Bldg. 4, F1<br>MsFord, NY 10523<br>0354327835 | Unsecured Claim | $44.11 |
| 63. SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230<br>23070571387 | Unsecured Claim | $45.85 |
| 64. Specified Credit Association, Inc<br>2388 Schuetz, Suite A-100,<br>St. Louis, MO 963146<br>174891 | Unsecured Claim | $275.60 |
| 65. SYNCB/AMAZ<br>PO. Box 981432<br>El Paso, TX 79998<br>6045781061063581457 | Unsecured Claim | $600.00 |
| 66. SYNCB/CARE<br>P.O. BOX 276 Mail Code Oh3-4258<br>Dayton, OH 45401<br>601918035905 | Unsecured Claim | $3,500.00 |
| 67. SYNCB/CARE<br>P.O. BOX 276<br>Dayton, OH 45401<br>6034610048159571 | Unsecured Claim | $3,500.00 |
| 68. SYNCB/JCP<br>PO BOX 965008<br>Orlando, FL 32896-5060<br>600889118542 | Unsecured Claim | $182.00 |
| 69. SYNCB/JCP<br>PO Box 981131<br>El Paso, TX 79998<br>xxxx | Unsecured Claim | $182.00 |

in re: **Angela C Loisi**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70. SYNCB/TJX<br>4125 Windward Plaza<br>Alpharetta, GA 30005<br>6045851024190050 | Unsecured Claim | $300.00 |
| 71. THE NORTHWESTERN SPECIALISTS FOR WOMEN,<br>P.O. BOX: 95145<br>PALATINE, IL 60095-5145<br>43578 | Unsecured Claim | $650.00 |
| 72. TransWorld Systems Inc<br>507 Prudential Rd.<br>Horsham, PA 19044<br>9082U-0000868137 | Unsecured Claim | $267.83 |
| 73. Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster IN 46321<br>1168.00 | Unsecured Claim | $1,168.00 |
| 74. VON MAUR<br>6565 Brady<br>Davenport, IA 52806<br>13764147 | Unsecured Claim | $818.00 |
| 75. Weltzer-Maite PC DBA Pearle Express<br>5501 W 79TH ST Suite 400<br>Burbank, IL 60459-2190<br>537001-10136494 | Unsecured Claim | $20.00 |
| 76. Wrigleyville Dental<br>Holistic Dentistry<br>3256 North Ashland Ave.,<br>Chicago, IL 60657<br>LO0067 | Unsecured Claim | $1,272.30 |

in re:  **Angela C Loisi**
_____          _____
                            Debtor                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,  **Angela C Loisi**
_____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*
consisting of ___10___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____          Date: __10/1/2016__
        **Angela C Loisi**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Angela C Loisi**

CASE NO.

CHAPTER   **7**

### Certificate of Service

00927-ILN-DE024674035

ADT Security Services
112217583
P.O. Box 672279
Dallas, TX 75267-2279

Athletic & Therapeutic Inst
868137
4947 Paysphere Circle
Chicago, IL 60674-4947

Capital One Bank
517805230279
PO Box 85015
Richmond, VA 23285

Allied Interstate, Inc
551061848355
POB 4000
Warrenton VA 20188

BARCLAYS BANK DELAWARE
514021802821
1007 Orange St., Suite 1541
WILMINGTON, DE 19801

Capital One Bank
601138100004
Kierland One
Scottsdale, AZ 85254

AMERICA EXPRESS
3499911487185703
P.O. BOX 7871
Fort Lauderdale, FL 33329

Blatt, Haseenmiller, Leibsker & Moore
LL
2678945
10 South LaSalle St., Suite 2200
Chicago, IL 60603-1069

Capital One Bank
549110002058
PO. Box 5253
Carol Stream, IL 60197

American Financial CRE
A100SME1004673677
9247 N Meridian St., Suite 2
Indianapolis, IN 46260

Calvary Portfolio Service, LLC
18492963
P.O. Box 27288
Tempe, AZ 85285-7288

Capital One Bank
438864708153
PO Box 85015
Richmond, VA 23285

Angela C Loisi
1326 N. Burling St.
Chicago, IL 60610

Capital One
479124910443
PO Box 85015
Richmond, VA 23285-5075

Capital One/Best Buy
169602-2164853107
PO Box 30253
Salt Lake City, UT 84130.0253

Arnold Scott Harris, P.C.
5115024920
222 Merchandise Mart Plaza, Suite
1932
Chicago, IL 60654

Capital One Bank
5491-1000-2160-0609
PO. Box 5253
Carol Stream, IL 60197

CB/Annty Lr
585637303072
PO.Box 182273
Columbus, OH 43218

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Angela C Loisi**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| CB/DRSSBRN<br>585637245202<br>PO. Box 182273<br>Columbus, OH 43218 | Citi<br>xxxx<br>PO Box 6500 C/O Citi Corp<br>Sioux Falls, SD 57117 | Dupage Credit Union<br>771183901<br>1515 Bond St.<br>Naperville, IL 60563 |
| CB/VICSCRT<br>864787481<br>PO Box 182789<br>Columbus, OH 43218 | CitiFLEX<br>7510790031292794<br>PO Box 6241<br>Sioux Falls, SD 57117 | Dynamic Recovery Solutions<br>048023112<br>PO Box 25759<br>Greenville SC 29616-0759 |
| Chase<br>426684116238<br>201 N Walnut St.<br>Wilmington, DE 19801 | City of Chicago<br>5115024920<br>Department of Revenue<br>POB 88292<br>Chicago IL 60680-1290 | Dynia & Associates, LLC<br>2065554<br>1400 E. Touhy Ave., Suite G2<br>Des Plaines, IL 60018 |
| Chase - CC<br>1727204060176250<br>225 Chastain Meadows Ct, NW<br>Kennesaw, GA 30144 | Credit Control, LLC<br>5128950<br>P.O. Box 31179<br>Tampa, FL 33631 | EIS Collections<br>1000083406<br>P.O. Box 1730<br>Reynoldzburg, OH 43068-8730 |
| Chase/Circuitcity<br>xxxx<br>225 Chastain Meadows Ct, NW<br>Kennesaw, GA 30144 | Credit Protection Association, L.P.<br>12-075059-1332153046-00<br>13355 Noel Rd<br>Dallas, TX 75240 | FMS Inc.<br>33386367<br>PO Box 707601<br>Tulsa, OK 74170-7601 |
| Chicago Gastroenterology<br>CA585633<br>Dr. Samuel Castillo<br>1431 N Western Ave., Suite 133<br>Chicago, IL 60622 | Diversified Consultants, Inc.<br>43767465<br>PO Box 551268<br>Jacksonville FL 32255.1268 | Franklin Collection Services<br>1028660013<br>2978 W Jackson St.<br>Tupelo MS 38801 |
| Choice Recovery<br>17923154<br>1550 Old Henderson Rd St,<br>Columbus, OH 43220 | DSG Collect<br>46334<br>P.O. BOX 80185<br>Phoenix, AZ 85060 | Franklin Credit Management Co<br>1978030<br>101 Hudson St., 25th Flr.<br>Jersey City, NJ 07302 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Angela C Loisi

CASE NO.

CHAPTER    **7**

### Certificate of Service

(Continuation Sheet #2)

---

Global Credit & Collection Corp
30275384
2699 Lee Rd.
Winter Park, FL 32789

Law Offices of Joel Cardis, LLC
3644565
2006 Sweede Rd., Suite 100
E. Norriton, PA 19401

Ocwen Loan Servicing, LLC
7090013181
PO Box 24738
West Palm Beach, FL 33416-4738

Grant & Weber
050339603
1515 E. Tropicana Ave Ste
Las Vegas, NV 89119

Merchants' Credit Guide Co.
8152085990
223 W Jackson St
Chicago, IL 60606

Phillips & Cohen Associates, LTD
20125445
Mailstop 661, 1002 Justison St.,
Wilmington, DE 19801.5148

HONDA Finance
181529811
P.O. Box: 60001
City Of Industry, CA 91716

Midwest Orthopaedic at RUSH, LLC
297025
1Westbrook Corporate Center, Suite
240
Westchester, IL 60154

Portfolio Recvry & Affil
4791-2491-0443-2560
120 Corporate Blvd, #1
Norfolk, VA 23502

I.C. SYSTEM, INC.
014-0676933-04
444 Highway 96 East,
P.O. Box 64378
ST. PAUL, MN 55164-0378

Nationwide Credit, Inc.
11245118739
P.O. Box 26314
Lehigh Vally PA 18002

Professional Debt Collectors
2233481
P.O. Box 90508
Sioux Falls, SD 57109-0508

I.C.S., Collection Service
15801425
PO Box 1010
Tinley Park, IL 60477-9110

Navient
9965219201100022002l
Department of Education and Loan
Service
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Quest Diagnostics
7786870851
PO Box 7306
Holiister, MO 65673-7306

J.C. Christensen & Associates, Inc
17648239
P.O. Box 519
Sauk Rapids, MN 56379

NCB Management Services
Incorporated
1004252024
PO Box 1099
Langhorne, PA 19047

RCN
1001-0676933-04
Bradley Place Business Center
2640 West Bradley Place,
Chicago, IL 60618

Labarotary Corporation of America
12220463
P.O. Box 2240
Burlington, NC 27216-2240

Northland Group Inc.
F76699594
PO Box 390846
Minneapolis, MN 55439
Mail Code CPT1

Resurrection Med Grp St Mary
003 144178
P.O. Box 366
Hinsdale, IL 60522

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Angela C Loisi

CASE NO.

CHAPTER   7

### Certificate of Service

(Continuation Sheet #3)

---

Resurrection Med Grp St Mary
E1223200217
P.O. Box 366
Hinsdale, IL 60522

SYNCB/JCP
600889118542
PO BOX 965008
Orlando, FL 32896-5060

Weltzer-Maite PC DBA Pearle Express
537001-10136494
5501 W 79TH ST Suite 400
Burbank, IL 60459-2190

RMCB
0354327835
4 Westchester Plaza,
Bldg. 4, F1
MsFord, NY 10523

SYNCB/JCP
xxxx
PO Box 981131
El Paso, TX 79998

Wrigleyville Dental
LO0067
Holistic Dentistry
3256 North Ashland Ave.,
Chicago, IL 60657

SKO Brenner American, Inc.
23070571387
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230

SYNCB/TJX
6045851024190050
4125 Windward Plaza
Alpharetta, GA 30005

Specified Credit Association, Inc
174891
2388 Schuetz, Suite A-100,
St. Louis, MO 963146

THE NORTHWESTERN SPECIALISTS
FOR WOMEN,
43578
P.O. BOX: 95145
PALATINE, IL 60095-5145

SYNCB/AMAZ
6045781061063581457
PO. Box 981432
El Paso, TX 79998

TransWorld Systems Inc
9082U-0000868137
507 Prudential Rd.
Horsham, PA  19044

SYNCB/CARE
601918035905
P.O. BOX 276 Mail Code Oh3-4258
Dayton, OH 45401

Trustmark Recovery Services
1168.00
541 Otis Bowen Drive
Munster IN 46321

SYNCB/CARE
6034610048159571
P.O. BOX 276
Dayton, OH 45401

VON MAUR
13764147
6565 Brady
Davenport, IA 52806